# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-7004**                 **September Term, 2022**

**1:22-cv-01578-JEB**

**Filed On: January 11, 2023** [1981029]

Naeem Betz,

        Appellant

    v.

Howard University Hospital,

        Appellee

## O R D E R

The notice of appeal was filed on January 10, 2023, and docketed in this court on January 11, 2023. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | February 10, 2023 |
| Docketing Statement Form | February 10, 2023 |
| Entry of Appearance Form | February 10, 2023 |
| Motion for Appointment of Counsel, if any | February 10, 2023 |
| Procedural Motions, if any | February 10, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 10, 2023 |
| Statement of Issues to be Raised | February 10, 2023 |
| Transcript Status Report | February 10, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | February 10, 2023 |
| Dispositive Motions, if any | February 27, 2023 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-7004**                                                      **September Term, 2022**

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 10, 2023 |
| Entry of Appearance Form | February 10, 2023 |
| Procedural Motions, if any | February 10, 2023 |
| Dispositive Motions, if any | February 27, 2023 |

It is

     **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

     **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

     A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

     The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                              BY:     /s/
                                                      Tatiana A. Magruder
                                                    Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Pro Se Parties Only:
     Civil Docketing Statement Form
     Entry of Appearance Form
     Transcript Status Report Form
     Memorandum Concerning Self-Representation
     Memorandum Concerning Appointment of Counsel