# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-7004**                      **September Term, 2022**

**1:22-cv-01578-JEB**

**Filed On: March 14, 2023** [1990007]

Na'eem Betz,

    Appellant

  v.

Howard University Hospital,

    Appellee

## O R D E R

By order filed January 11, 2023, appellant was directed to file initial submission documents on or before February 10, 2023. To date, there has been no response from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by April 13, 2023.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                          BY:      /s/
                                             Amanda Himes
                                             Deputy Clerk